1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   ERIC C. SCHMALE
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6281 / Fax: 702.388.6418
5  eric.schmale@usdoj.gov

6  THOMAS W. FLYNN
   SAMUEL P. ROBINS
7  Trial Attorneys
   United States Department of Justice, Tax Division
8  Western Criminal Enforcement Section
   4 Constitutional Square
9  150 M Street, N.E.
   Washington, D.C. 20002
10
   *Attorneys for the United States*
11

   **UNITED STATES DISTRICT COURT**
12 **DISTRICT OF NEVADA**

13 | UNITED STATES OF AMERICA, | Case No. 2:23-CR-0022-RFB-BNW
   |
14 |          Plaintiff, | **Stipulation for Protective Order**
   |
15 |     v. |
   |
16 | JESSICA AVRAS, |
   |
17 |   |
   |          Defendant. |
18 |

19

20     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

21 Frierson, United States Attorney, Eric C. Schmale, Assistant United States Attorney,

22 Thomas W. Flynn, Trial Attorney, Tax Division, counsel for the Government, and

23 Dominic Gentile, counsel for Defendant Jessica Avras, that this Court issue this Protective

24 Order, which (as outlined herein) protects from disclosure to the public any discovery

1    documents containing third-party taxpayer information and other sensitive personal

2    identifying information.

3         In support of this Stipulation, the parties state and agree as follows:

4         1.      The discovery to be produced in connection with this case contains

5    confidential third-party federal taxpayer information provided by the Internal Revenue

6    Service in accordance with 26 U.S.C. § 6103(h)(2) and is appropriately produced in

7    discovery pursuant to 26 U.S.C. § 6103(h)(4)(A)-(D).

8         2.      The discovery also contains extensive personal identifying information of

9    third parties, including names, addresses, and bank account information. The release of

10    such information to the public could endanger the privacy of dozens of individuals and also

11    subject them to potential misuse of their identities.

12         3.      Such confidential third-party tax and personal identifying information is

13    collectively referred to here as the "Protected Information."

14         4.      In order to protect the privacy of the third parties referenced in the discovery,

15    the parties intend to restrict access to Protected Information provided to the defense in

16    discovery to the following individuals: the defendant, attorneys for the defendant, and any

17    personnel that the attorneys for the defendant consider necessary to assist in performing that

18    attorney's duties in the defense of this case, including investigators, paralegals, retained

19    experts, support staff, interpreters, and any other individuals specifically authorized by the

20    Court (collectively, the "Covered Individuals").

21         5.      The Covered Individuals shall be advised of the Protective Order, and,

22    without leave of Court, the Covered Individuals shall not:

23

24

a. use the Protected Information for any purpose other than preparing to defend against the violations in the Indictment, or any superseding indictment or further charges arising out of this case;

b. provide Protected Information to the custody and control of individuals other than Covered Individuals; or

c. publicize any Protected Information, including by attaching any Protected Information to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal and/or have all Protected Information redacted.

6.      The Covered Individuals shall be further advised that any violation of this Protective Order may result in sanctions by the Court.

7.      Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Information as evidence at a hearing or trial, so long as appropriate redactions are made in accordance with LR IC 6-1.

8.      The defense shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

9.      The parties reserve the right to seek to modify the terms of this protective order at a later time pursuant to Federal Rule of Criminal Procedure 16(d)(1).

10.     In the event of a disclosure of Protected Information in violation of this Protective Order (inadvertent or otherwise), defense counsel will immediately:

a. Notify the person to whom the disclosure was made that it contains Protected Information subject to a Protective Order and request any such material be returned;

b. Make all reasonable efforts to preclude dissemination or use of the Protected Information by the person to whom disclosure was inadvertently made;

c. Notify the government and the Court in a public filing of the existence and nature of any violation of this Protective Order.

11. The parties agree that there is good cause for entry of this Protective Order, pursuant to Rule 16(d)(1).

DATED this 7th day of March, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/Dominic Gentile_____
Dominic Gentile, Esq.
Counsel for Defendant
Jessica Avras

/s/ Eric Schmale_____
ERIC C. SCHMALE
Assistant United States Attorney

/s/ Thomas Flynn___
THOMAS W. FLYNN
Trial Attorney, Tax Division

**ORDER**

**IT IS SO ORDERED**

**DATED:** 11:02 am, March 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4