JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
eric.schmale@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSICA AVRAS, <br><br> Defendant. | Case No.: 2:23-cr-00022-RFB-BNW <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL

ERIC C. SCHMALE, Assistant United States Attorney, respectfully moves to withdraw as counsel in this matter. The United States will continue to be represented by co-counsel of record.

Dated this 29th day of June, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Eric C. Schmale*
ERIC C. SCHMALE
Assistant United States Attorney
District of Nevada

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA AVRAS<br><br>Defendant. | Case No.: 2:23-cr-00022-RFB-BNW |

### ORDER

This matter comes before the Court on the Motion to Withdraw ERIC C. SCHMALE's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of ERIC C. SCHMALE in the above-referenced case is withdrawn, and the Clerk's Office is instructed to remove Mr. Schmale's email address from the CM/ECF electronic service list.

DATED this __30th__ day of __June__, 2023.

_____
United States Magistrate Judge

2